HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
(hadleyl@hbdlawyers.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
ROBERT E. PERSHES, ESQ.
(rpershes@bdblaw.com)
Florida Bar No. 301906
L.A. PERKINS, ESQ.
(lperkins@bdblaw.com)
Florida Bar No. 100153
H. MICHAEL MUÑIZ, ESQ.
(Muñiz@bdblaw.com)
Florida Bar No. 177652
5355 Town Center Road, Suite 900
Boca Raton, Florida 33486-1069
Telephone: (561) 241-0414
Facsimile: (561) 241-9766

ATTORNEY FOR PLAINTIFF
ELITE ALUMINUM CORPORATION

JEFFREY G. SHELDON, ESQ.
(jgsheldon@usip.com)
WILLIAM J. BRUTOCAO, ESQ.
(wjb@usip.com)
Marc Karish, Esq.
(mkarish@usip.com)
SHELDON & MAK PC
225 South Lake Avenue, 9th Floor
Pasadena, CA  91101-3021
Telephone:  (626) 796-4000
Facsimile:  (626) 795-6321

ATTORNEYS FOR KATHY TROUT, and SQUIRREL HALLOW ENTERPRISES, D/B/A DURAFORM BUILDING PANELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE ALUMINUM CORPORATION, a Florida corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>KATHY TROUT, individually, SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM BUILDING PANELS,<br><br>             Defendants. | CASE NO. CV-06-4979 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

Plaintiff, Elite Aluminum Corporation ("Elite"), by and through its undersigned

counsel, on the one hand, and Kathy Trout and Squirrel Hallow Enterprises, d/b/a Duraform

1  Building Panels ("Defendants"), by and through its undersigned counsel, on the other hand,
2  pursuant to 28 U.S.C. § 1406(a), hereby stipulate as follows:
3    1.   On July 28, 2006, the United States District Court, Southern District of Florida
4  ("Florida Court") heard oral argument on Defendants' Motion to Dismiss for Lack of Personal
5  Jurisdiction and Improper Venue [DE 12] ("Motion to Dismiss"), wherein the parties agreed
6  that if the Florida Court was inclined to grant the Motion to Dismiss, the Court could transfer
7  the case to the Central District of California instead of dismissing it because Defendant
8  Squirrel Hollow Enterprises d/b/a Duraform Building Panels ("Duraform") is headquartered in
9  that District.
10   2.   Subsequently, Duraform filed a declaratory judgment action in the Eastern
11 Division of the Central District of California styled *Squirrel Home Enterprises d/b/a Duraform*
12 *Building Panels v. Elite Aluminum Corp., Duralume Products, Inc., and Ray Adams*, Case
13 No. EDCV06-0830 SGL (OPx) ("the Duraform Case").  This case and the Duraform Case
14 involve the same issues of the validity and enforceability of United States Patent No.
15 5,502,939 ("the '939 Patent"), and Duraform's alleged infringement of that patent.
16   3.   However, in the Florida Court's August 4, 2006 Order Granting, In Part,
17 Motion to Dismiss; Transferring Case to Northern District of California ("Transfer Order"),
18 this case was transferred to this Court instead of to the Central District of California, as the
19 parties anticipated and discussed at the hearing.  The first time that this Court was mentioned
20 in the context of this case was in the Transfer Order.  A true and correct copy of the Transfer
21 Order is attached hereto as Exhibit A.
22   4.   The parties attempted to resolve this matter with the Florida Court by filing an
23 Agreed Request to Modify Order, asking that this case be transferred to the Central District of
24 California.  A true and correct copy of the Agreed Request to Modify Order is attached hereto
25 as Exhibit B.  However, the physical files associated with this case had already been sent to
26 this Court and the Florida Court denied the Agreed Request, without prejudice, because it
27 lacked jurisdiction to take action in this Case.  A true and correct copy of the August 14, 2006
28 Order denying the Agreed Request is attached hereto as Exhibit C.

5. This Court has the authority to transfer a case when venue is improper. *HollyAnne Corp. v. TFT, Inc.*, 199 F.3d 1304, 1307 (Fed. Cir. 1999) ("Section 1406(a) allows a court to either dismiss or transfer a case when venue is improper.") (*citing Martin v. Stokes*, 623 F.2d 469, 471 (6th Cir. 1980).

6. In this case, because the Florida Court determined that venue was improper in that Court, the only Court where venue properly lies is the Central District of California. Both Elite and Duraform regularly conduct business in that District and Duraform is headquartered in that District. Additionally, the existence of the Duraform Case in the Central District of California, with which Elite intends to seek consolidation of this case, supports the requested transfer. Moreover, it appears that the only reason this case was transferred to this Court instead of the Central District of California was a scrivener's error, which also supports transfer. Finally, the interests of justice would be served by having the common issues of the validity, enforceability, and infringement of the '939 Patent determined by the same Court.

7. Therefore, the parties, hereby stipulate and agree that this Court transfer the above-captioned case to the United States District Court for the Central District of California.

DATED: August 23, 2006:	HENNIGAN BENNETT & DORMAN LLP
	Lawrence M. Hadley

	_____/s/   Lawrence M. Hadley_____
	Lawrence M. Hadley

DATED: August 23, 2006	BUCKINGHAM, DOOLITTLE &
	BURROUGHS, LLP
	Robert E. Pershes, Esq.

	_____/s/   Robert E. Pershes_____
	Robert E. Pershes

	Attorney for Plaintiff
	ELITE ALUMINUM CORPORATION

| | |
|---|---|
| 1  DATED:  August 23, 2006 | SHELDON & MAC PC |
| 2 | Jeffrey G. Sheldon, Esq. |
|   | William J. Brutocao, Esq. |
| 3 | Marc Karish, Esq. |

                                                          /s/   William Brutocao
                                                              William Brutocao

Attorney for Defendants Kathy Trout and Squirrel Hallow Enterprises, d/b/a Duraform Building Panels

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

For good cause shown, it is hereby **ORDERED** that the above-captioned case shall be transferred to the United States District Court for the Central District of California.

DATED:  8/24/06

_Patricia V. Trumbull_
United States Magistrate Judge

-5-

CV-06-4979 PVT                                        STIPULATION TO TRANSFER